

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

<u>Robert Joseph Benge</u>
(Plaintiff or Petitioner)

v.

<u>Randolph County, et al.,</u>
(Defendant(s) or Respondent(s))

FOR PRISONERS ONLY

Declaration and Request to
Proceed In Forma Pauperis

I, <u>Robert Joseph Benge</u>, declare that I am the plaintiff or petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

Name <u>Robert Joseph Benge</u>

Name under which convicted (If different from above): <u>Same</u>

Date of birth: <u>September 11, 1970</u>

Your Prison Number is: <u>137719</u>

Address of current place of incarceration: <u>ASPC-Tucson/Winchester 10002 Wilmont Rd, P.O. Box 24401, Tucson, AZ 85734</u>

The total deposits to my Trust Account for the last six (6) months are[1]: <u>$9.45</u>

The present balance of my Trust Account is: <u>0</u>
("See Attached 6 month print-out").

---

[1] If you have been in more than one institution in the last six (6) months and are unable to accurately determine deposits in prior institutions, provide the Court with your best good faith estimate. The Court will, at a later date, get the ledger cards from those prior institutions and make any needed corrections.

56 of 64

1. Are you presently employed?  Yes ___  No _X_

   a. If the answer is "Yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "No", state the date of last employment and amount of the salary and wages per month which you received. (ADC) Laundry Porter .25¢ an hour, monthly $32.00, 2016 April.

2. List anyone who helps support you or shares support in any way and describe the type and amount of support for the last twelve (12) months. (If no one, write "No One.")
   My sister Memory Robertson, housing, food, Basic Necessities, No cash.

3. Have you received within the past twelve (12) months any money from any of the following sources?

   a. Business, profession, or form of self-employment?   Yes ___ No ✓
   b. Rent payments, interest or dividends?   Yes ___ No ✓
   c. Pensions, annuities or life insurance payments?   Yes ___ No ✓
   d. Gifts or inheritances?   Yes ___ No ✓
   e. Social Security, SSI or disability?   Yes ✓ No ___
   f. Workers' Compensation or Unemployment?   Yes ___ No ✓
   g. AFDC, WIC, or Food Stamps?   Yes ✓ No ___
   h. Any other sources?   Yes ___ No ✓

   If the answer to any of the above is "Yes", describe each source of money and state the amount received from each during the past twelve (12) months.
   SSI Disability $7.35 00 monthly from 08/01/2017 to 12/01/2017 d/c due to incarceration. Food Stamps from same above dates of $156.00 monthly. Also d/c too via my ADC case worker.

4. Do you own any cash, or do you have money in a checking, savings or any other kind of account other than a prison account?   Yes ___ No _X_

   If the answer is "Yes", describe the account, its location, and the total value of each amount.

   _____

---

5. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes X No __

If the answer is "Yes", describe the property and state its approximate value. (Separately list all jewelry valued over $50.00).

I was paying monthly payments for a 2016 Jeep bank took due to my arrest, incarceration, Arizona.

---

6. List persons who are dependent upon you for support, state your relationship to those persons and indicate how much you actually contributed toward their support in the last twelve (12) months.

"No one".

---

I, Robert Joseph Benge, declare under penalty of perjury that all the foregoing is complete, true and correct.

August 16, 2018
(Date)

Robert J. Benge
(Signature of Plaintiff or Petitioner)

Inmate Letter

| NMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Benge, Robert | 137719 | T-Winchester | 04/22/18 |

TO: Inmate Banking  LOCATION: Winchester Admin

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

To whom it may concern:

I respectfully request a certify trust account print-out for the past six months.

The U.S. District Court in North Carolina is requesting such as I'm filing a civil rights lawsuit.

Thanking you in advance for your professional courtesy with regards to my request. May I hear from you soon.

SIGNATURE: Kind Regards, RJ Benge   DATE: April 22nd, 2018

You Discussed This With Institution Staff? ☐ Yes ☒ No

give the staff member's name:

sing profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written ondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence iscipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

ion: Original – Master File
Copy – Inmate

RECEIVED
DATE: 04-25-18
INMATE TRUST ACCOUNTS
CENTRAL OFFICE

916-1
5/10/17

59 of 64

# ARIZONA DEPARTMENT OF CORRECTIONS
## INMATE TRUST ACCOUNTS OFFICE

## CERTIFIED STATEMENT OF ACCOUNT

BENGE, ROBERT J.                                          # 137719

As of April 25, 2018, the above named inmate had a spendable and retention amount balance of $0.00 in his/her trust account. During the past six months, the inmate's average monthly spendable/retention balance was $0.00 and the average monthly deposit to the inmate's account during this time was $9.45

Account statements for the previous six months are as follows:

|            | Spendable Amount | Total Deposits |
|------------|------------------|----------------|
| 1ST MONTH  | NA               | NA             |
| 2ND MONTH  | NA               | NA             |
| 3RD MONTH  | $0.00            | $37.79         |
| 4TH MONTH  | $0.00            | $0.00          |
| 5TH MONTH  | $0.00            | $0.00          |
| 6TH MONTH  | $0.00            | $0.00          |
| TOTAL      | $0.00            | $37.79         |
| AVERAGE    | $0.00            | $9.45          |

Signature of Authorized Employee

*Mandy Taylor*

ASPC- TUCSON
Per Department Order 905-T
Service charge of $.25 per page for      4     pages:    $1.00    due.

April 25, 2018

*April 25, 2018*

Original - Inmate    Copy 1 - Institution Inmate Trust Accounts    Copy 2 - Central Office Inmate Trust Accounts

60 of 64

```
12/29/2017       ARIZONA DEPARTMENT OF CORRECTIONS                                PAGE   1
18:13:02   BNK085   INMATE STATEMENT OF ACCOUNT
B10BK85M            B06-ASPC-PHX ALHAMBRA

NAME:    BENGE, ROBERT J.                BEGINNING BALANCE       12/01/2017:      0.00    HOLD AMOUNTS:          663.17
NUMBER:  137719                          TOTAL DEPOSITS:                         37.79    RETENTION FUND:          0.00
STATUS:  HOLD                            TOTAL WITHDRAWALS:                       0.38    DISCHARGE DEP:           0.00
                                         ENDING/CURRENT BALANCE 12/29/2017:      37.41    SPENDABLE AMT.:          0.00
                                                                                          PENDING CHECKS:          0.00
                                                                                          ENCUMBERED AMT.:        37.41

                                                                          AMOUNT OF   AMOUNT OF   REMAINING
            BATCH   ITEM  RECEIPT            TRANSACTION                   DEPOSIT   WITHDRAWAL   BALANCE
POST DATE   NO.     NO.   NO.     DATE       TYPE           REFERENCE REMITTER

12/29/2017  B06230  0003          12/15/2017 EFT/INTAKE     SUSPEN  RANDOLPH CO/31368      37.79                  37.79
12/29/2017  B06750  0003          12/29/2017 ITA FEES       COMCHK  2017L229B06230 11                   0.38      37.41
************** SUSPENSE ACCOUNT DETAIL BELOW THIS LINE ****************
10/24/2014  L05454  0002          10/24/2014 HEALTH PERVISIT  TAB3  LGL POST 102314                    18.41
11/04/2014  L09482  0002          11/04/2014 POSTAGE - LEGAL  TAB3  LGL POST 110314                     2.36
11/15/2014  L09999  1714          11/15/2014 UTILITIES        UTILTY AS OF 20141115                     2.00
11/19/2014  L09266  0001          11/19/2014 COPIES - LEGAL   TAB3  LGL COPY 111814                     0.70
12/01/2014  L09295  0001          12/01/2014 HEALTH PERVISIT  TAB3  MEDICAL 112414                      4.00
12/20/2014  L09999  2246          12/20/2014 UTILITIES        UTILTY AS OF 20141220                     2.00
01/06/2015  L09373  0001          01/06/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 010514                1.60
01/12/2015  L09386  0001          01/12/2015 POSTAGE - LEGAL  TAB3  LGL POST 010915                     5.32
01/13/2015  L09390  0001          01/13/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 011215                3.70
01/17/2015  L09999  2619          01/17/2015 UTILITIES        UTILTY AS OF 20150117                     2.00
01/21/2015  L09401  0001          01/21/2015 POSTAGE - LEGAL  TAB3  LGL POST 012015                     2.03
01/28/2015  L09419  0002          01/28/2015 POSTAGE - LEGAL  TAB3  LGL POST 012715                     1.82
01/28/2015  L09421  0013          01/28/2015 UTILITIES        TAB3  MEDICAL 012215                      4.00
02/21/2015  L09999  1387          02/21/2015 UTILITIES        UTILTY AS OF 20150221                     2.00
02/23/2015  L09467  0002          02/23/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 022015                3.40
02/25/2015  L09479  0003          02/25/2015 LEGAL SUPPLIES   TAB3  LGL SUPPLY 021715                   6.34
03/10/2015  L09499  0005          03/10/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 030915                0.10
03/10/2015  L09499  0007          03/10/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 030915               15.50
03/21/2015  L09999  1487          03/21/2015 UTILITIES        UTILTY AS OF 20150321                     2.00
03/24/2015  L09268  0001          03/24/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 032315                1.00
03/31/2015  L09278  0001          03/31/2015 COPIES NON-LEGL  TAB3  N/L COPY 033015                     0.20
04/01/2015  L09284  0001          04/01/2015 POSTAGE - LEGAL  TAB3  LGL POST 032415                     1.61
04/01/2015  L09286  0002          04/01/2015 HEALTH PERVISIT  TAB3  MEDICAL 032515                      4.00
04/08/2015  L09291  0001          04/08/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 040615               88.10
04/08/2015  L09293  0001          04/08/2015 POSTAGE - LEGAL  TAB3  LGL POST 040715                    32.59
04/08/2015  L09295  0009          04/08/2015 HEALTH PERVISIT  TAB3  MEDICAL 040315                      4.00
04/17/2015  L09311  0001          04/17/2015 POSTAGE - LEGAL  HAXY  LGL POSTAGE 041515                  3.29
04/18/2015  L09999  1545          04/18/2015 UTILITIES        UTILTY AS OF 20150418                     2.00
04/22/2015  L09310  0002          04/22/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 042015                1.60
05/05/2015  L09336  0004          05/05/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 050415                1.60
05/13/2015  L09348  0010          05/13/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 051115                0.10
05/14/2015  L09351  0005          05/14/2015 HEALTH PERVISIT  TAB3  MEDICAL 050815                      4.00
05/16/2015  L09999  1734          05/16/2015 UTILITIES        UTILTY AS OF 20150516                     2.00
05/27/2015  L09370  0024          05/27/2015 HEALTH PERVISIT  HAXY  MEDICAL 051815                      4.00
06/08/2015  L09391  0010          06/08/2015 HEALTH PERVISIT  TAB3  MEDICAL 060515                      4.00
06/18/2015  L09392  0004          06/18/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 060815                3.10
06/20/2015  L09421  0006          06/20/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 061515               36.00
07/18/2015  L09999  2561          07/18/2015 UTILITIES        UTILTY AS OF 20150620                     2.00
07/23/2015  L09473  0002          07/23/2015 POSTAGE - LEGAL  TAB3  LGL POST 072215                    16.20
07/23/2015  L09474  0009          07/23/2015 COPIES - LEGAL   TAB3  LGL COPY NTRY 072115               28.70
08/05/2015  L09490  0002          08/05/2015 COPIES - LEGAL   HAXY  LGLCOPIES80415                      0.80
```

ARIZONA DEPARTMENT OF CORRECTIONS
INMATE STATEMENT OF ACCOUNT
A34-ASPC-E SMUI DETN

```
NAME:    BENGE, ROBERT J.              BEGINNING BALANCE    01/01/2018:    37.41    PENDING CHECKS:          0.00
NUMBER:  137719                        TOTAL DEPOSITS:                      0.00    HOLD AMOUNTS:          679.42
STATUS:  HOLD                          TOTAL WITHDRAWALS:                   0.00    RETENTION FUND:          0.00
                                       ENDING/CURRENT BALANCE 01/31/2018:  37.41    DISCHARGE DEP:           0.00
                                                                                    SPENDABLE AMT.:          0.00
                                                                                    ENCUMBERED AMT.:        37.41
                                                                                                    REMAINING
                                                                                                     BALANCE
                                                                                                       37.41
```

| POST DATE | BATCH NO. | ITEM NO. | RECEIPT NO. | DATE | TRANSACTION TYPE | REFERENCE | REMITTER | AMOUNT OF DEPOSIT | AMOUNT OF WITHDRAWAL |
|---|---|---|---|---|---|---|---|---|---|
| ********** | ****** | **** | SUSPENSE ACCOUNT DETAIL BELOW THIS LINE | ********************* | | | | | |
| 10/24/2014 | L05454 | 0002 | | 10/24/2014 | HEALTH PERVISIT | TAB3 | LGL POST 102314 | | 18.41 |
| 11/04/2014 | L09482 | 0002 | | 11/04/2014 | POSTAGE - LEGAL | TAB3 | LGL POST 110314 | | 2.36 |
| 11/15/2014 | L09999 | 1714 | | 11/15/2014 | UTILITIES | UTILTY | AS OF 20141115 | | 2.00 |
| 11/19/2014 | L09266 | 0001 | | 11/19/2014 | COPIES - LEGAL | TAB3 | LGL COPY 111814 | | 0.70 |
| 12/01/2014 | L09295 | 0001 | | 12/01/2014 | HEALTH PERVISIT | TAB3 | MEDICAL 112414 | | 4.00 |
| 12/20/2014 | L09999 | 2246 | | 12/20/2014 | UTILITIES | UTILTY | AS OF 20141220 | | 2.00 |
| 01/06/2015 | L09373 | 0001 | | 01/06/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 010514 | | 1.60 |
| 01/12/2015 | L09386 | 0001 | | 01/12/2015 | POSTAGE - LEGAL | TAB3 | LGL POST 010915 | | 5.32 |
| 01/13/2015 | L09390 | 0001 | | 01/13/2015 | COPIES - LEGAL | TAB3 | LGL_COPY_NTRY_011215 | | 3.70 |
| 01/17/2015 | L09999 | 2619 | | 01/17/2015 | UTILITIES | UTILTY | AS OF 20150117 | | 2.00 |
| 01/21/2015 | L09401 | 0001 | | 01/21/2015 | POSTAGE - LEGAL | TAB3 | LGL POST 012015 | | 2.00 |
| 01/28/2015 | L09419 | 0002 | | 01/28/2015 | POSTAGE - LEGAL | TAB3 | LGL POST 012715 | | 2.03 |
| 01/28/2015 | L09421 | 0013 | | 01/28/2015 | HEALTH PERVISIT | TAB3 | MEDICAL 012215 | | 1.82 |
| 02/21/2015 | L09999 | 1387 | | 02/21/2015 | UTILITIES | UTILTY | AS OF 20150221 | | 4.00 |
| 02/23/2015 | L09467 | 0002 | | 02/23/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 022015 | | 2.00 |
| 02/25/2015 | L09479 | 0003 | | 02/25/2015 | LEGAL SUPPLIES | TAB3 | LGL SUPPLY 021715 | | 3.40 |
| 03/10/2015 | L09499 | 0005 | | 03/10/2015 | COPIES - LEGAL | TAB3 | LGL_COPY_NTRY_030915 | | 6.34 |
| 03/10/2015 | L09499 | 0007 | | 03/10/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 030915 | | 0.10 |
| 03/21/2015 | L09999 | 1487 | | 03/21/2015 | UTILITIES | UTILTY | AS OF 20150321 | | 15.50 |
| 03/24/2015 | L09268 | 0001 | | 03/24/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 032315 | | 2.00 |
| 03/31/2015 | L09278 | 0001 | | 03/31/2015 | COPIES NON-LEGAL | TAB3 | N/L COPY 033015 | | 1.00 |
| 04/01/2015 | L09284 | 0001 | | 04/01/2015 | POSTAGE - LEGAL | TAB3 | LGL POST 032415 | | 0.20 |
| 04/01/2015 | L09286 | 0002 | | 04/01/2015 | HEALTH PERVISIT | TAB3 | MEDICAL 032515 | | 1.61 |
| 04/08/2015 | L09291 | 0001 | | 04/08/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 040615 | | 4.00 |
| 04/08/2015 | L09293 | 0001 | | 04/08/2015 | POSTAGE - LEGAL | TAB3 | LGL_POST_040715 | | 88.10 |
| 04/08/2015 | L09295 | 0009 | | 04/08/2015 | HEALTH PERVISIT | TAB3 | MEDICAL 040315 | | 32.59 |
| 04/17/2015 | L09311 | 0001 | | 04/17/2015 | POSTAGE - LEGAL | HAXY | LGL POSTAGE 041515 | | 4.00 |
| 04/18/2015 | L09999 | 1545 | | 04/18/2015 | UTILITIES | UTILTY | AS OF 20150418 | | 3.29 |
| 04/22/2015 | L09310 | 0002 | | 04/22/2015 | COPIES - LEGAL | TAB3 | LGL_COPY_NTRY_042015 | | 2.00 |
| 05/05/2015 | L09336 | 0004 | | 05/05/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 050415 | | 1.60 |
| 05/13/2015 | L09348 | 0010 | | 05/13/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 051115 | | 1.60 |
| 05/14/2015 | L09351 | 0005 | | 05/14/2015 | HEALTH PERVISIT | TAB3 | MEDICAL 050815 | | 0.10 |
| 05/16/2015 | L09999 | 1734 | | 05/16/2015 | UTILITIES | UTILTY | AS OF 20150516 | | 4.00 |
| 05/27/2015 | L09370 | 0024 | | 05/27/2015 | HEALTH PERVISIT | HAXY | MEDICAL 051815 | | 2.00 |
| 06/08/2015 | L09391 | 0010 | | 06/08/2015 | HEALTH PERVISIT | TAB3 | MEDICAL 060515 | | 4.00 |
| 06/08/2015 | L09392 | 0004 | | 06/08/2015 | COPIES - LEGAL | TAB3 | LGL COPY NTRY 060815 | | 4.00 |
| 06/18/2015 | L09421 | 0006 | | 06/18/2015 | COPIES - LEGAL | TAB3 | LGL_COPY_NTRY_061515 | | 3.10 |
| 06/20/2015 | L09999 | 2561 | | 06/20/2015 | UTILITIES | UTILTY | AS OF 20150620 | | 36.00 |
| 07/18/2015 | L09348 | 2895 | | 07/18/2015 | UTILITIES | UTILTY | AS OF 20150718 | | 2.00 |
| 07/23/2015 | L09473 | 0002 | | 07/23/2015 | POSTAGE - LEGAL | TAB3 | LGL POST 072215 | | 4.00 |
| 07/23/2015 | L09474 | 0009 | | 07/23/2015 | COPIES - LEGAL | TAB3 | LGL_COPY_NTRY_072115 | | 16.20 |
| 08/05/2015 | L09490 | 0002 | | 08/05/2015 | COPIES - LEGAL | HAXY | LGLCOPIES80415 | | 28.70 |
| 08/12/2015 | L09254 | 0001 | | 08/12/2015 | POSTAGE - LEGAL | VNYX | LGL POSTAGE 081115 | | 0.80 |
| 08/12/2015 | L09256 | 0001 | | 08/12/2015 | COPIES - LEGAL | VNYX | LGL CPY/NTRY 081015 | | 9.00 |
| | | | | | | | | | 34.40 |

```
NAME:    BENGE, ROBERT J.                                                        PENDING CHECKS:          0.00
NUMBER:  137719                      BEGINNING BALANCE     02/01/2018:   37.41   HOLD AMOUNTS:          691.45
STATUS:  HOLD                        TOTAL DEPOSITS:                      0.00   RETENTION FUND:          0.00
                                     TOTAL WITHDRAWALS:                   0.25   DISCHARGE DEP:           0.00
                                     ENDING/CURRENT BALANCE 02/28/2018:  37.16   SPENDABLE AMT.:          0.00

                                                                                 ENCUMBERED AMT.:        37.16

          BATCH   ITEM  RECEIPT          TRANSACTION                             AMOUNT OF    AMOUNT OF    REMAINING
POST DATE  NO.     NO.    DATE              TYPE            REFERENCE REMITTER    DEPOSIT    WITHDRAWAL     BALANCE

02/21/2018 A08800 0014 01/16/2018 COPIES - LEGAL     COMCHK  CERTIFIED COPIES                    0.25        37.16
*********** SUSPENSE ACCOUNT DETAIL BELOW THIS LINE ***********************
10/24/2014 L05454 0002            HEALTH PERVISIT    TAB3    LGL POST 102314                   18.41
11/04/2014 L09482 0002            POSTAGE - LEGAL    TAB3    LGL POST 110314                    2.36
11/15/2014 L09999 1714            UTILITIES          UTILTY  AS OF 20141115                     2.00
11/19/2014 L09266 0001            COPIES - LEGAL     TAB3    LGL COPY 111814                    0.70
12/01/2014 L09295 0001            HEALTH PERVISIT    TAB3    MEDICAL 112414                     4.00
12/20/2014 L09999 2246            UTILITIES          UTILTY  AS OF 20141220                     2.00
01/06/2015 L09373 0001            COPIES - LEGAL     TAB3    LGL COPY NTRY 010514               1.60
01/12/2015 L09386 0001            POSTAGE - LEGAL    TAB3    LGL POST 010915                    5.32
01/13/2015 L09390 0001            COPIES - LEGAL     TAB3    LGL COPY NTRY 011215               3.70
01/17/2015 L09999 2619            UTILITIES          UTILTY  AS OF 20150117                     2.00
01/21/2015 L09401 0001            POSTAGE - LEGAL    TAB3    LGL POST 012015                    2.03
01/28/2015 L09419 0002            POSTAGE - LEGAL    TAB3    LGL POST 012715                    1.82
01/28/2015 L09421 0013            HEALTH PERVISIT    TAB3    MEDICAL 012215                     4.00
02/21/2015 L09999 1387            UTILITIES          UTILTY  AS OF 20150221                     2.00
02/23/2015 L09467 0002            COPIES - LEGAL     TAB3    LGL COPY NTRY 022015               3.40
02/25/2015 L09479 0003            LEGAL SUPPLIES     TAB3    LGL SUPPLY 021715                  6.34
03/10/2015 L09499 0005            COPIES - LEGAL     TAB3    LGL COPY NTRY 030915               0.10
03/10/2015 L09499 0007            COPIES - LEGAL     TAB3    LGL COPY NTRY 030915              15.50
03/21/2015 L09999 1487            UTILITIES          UTILTY  AS OF 20150321                     2.00
03/24/2015 L09268 0001            COPIES - LEGAL     TAB3    LGL COPY NTRY 032315               1.00
03/31/2015 L09278 0001            COPIES NON-LEGAL   TAB3    N/L COPY 033015                    0.20
04/01/2015 L09284 0001            POSTAGE - LEGAL    TAB3    LGL POST 032415                    1.61
04/01/2015 L09286 0002            HEALTH PERVISIT    TAB3    MEDICAL 032515                     4.00
04/08/2015 L09291 0001            COPIES - LEGAL     TAB3    LGL COPY NTRY 040615              88.10
04/08/2015 L09293 0001            POSTAGE - LEGAL    TAB3    LGL POST 040715                   32.59
04/08/2015 L09295 0009            HEALTH PERVISIT    TAB3    MEDICAL 040315                     4.00
04/17/2015 L09311 0001            POSTAGE - LEGAL    HAXY    LGL POSTAGE 041515                 3.29
04/18/2015 L09999 1545            UTILITIES          UTILTY  AS OF 20150418                     2.00
04/22/2015 L09310 0002            COPIES - LEGAL     TAB3    LGL COPY NTRY 042015               1.60
05/05/2015 L09336 0004            COPIES - LEGAL     TAB3    LGL COPY NTRY 050415               1.60
05/13/2015 L09348 0010            COPIES - LEGAL     TAB3    LGL COPY NTRY 051115               0.10
05/14/2015 L09351 0005            HEALTH PERVISIT    TAB3    MEDICAL 050815                     4.00
05/16/2015 L09999 1734            UTILITIES          UTILTY  AS OF 20150516                     2.00
05/27/2015 L09370 0024            HEALTH PERVISIT    HAXY    MEDICAL 051815                     4.00
06/08/2015 L09391 0010            HEALTH PERVISIT    TAB3    MEDICAL 060515                     4.00
06/08/2015 L09392 0004            COPIES - LEGAL     TAB3    LGL COPY NTRY 060815               3.10
06/18/2015 L09421 0006            COPIES - LEGAL     TAB3    LGL COPY NTRY 061515              36.00
06/20/2015 L09999 2561            UTILITIES          UTILTY  AS OF 20150620                     2.00
07/18/2015 L09999 2895            UTILITIES          UTILTY  AS OF 20150718                     2.00
07/23/2015 L09473 0002            POSTAGE - LEGAL    TAB3    LGL POST 072215                   16.20
07/23/2015 L09474 0009            COPIES - LEGAL     TAB3    LGL COPY NTRY 072115              28.70
08/05/2015 L09490 0002            COPIES - LEGAL     HAXY    LGLCOPIES80415                     0.80
08/12/2015 L09254 0001            POSTAGE - LEGAL    VNYX    LGL POSTAGE 081115                 9.00
```

INMATE NAME: BENGE, ROBERT J.
ADC #: # 137719
ASPC: TUCSON
DATE: April 25, 2018

SPEND/RETENTION: 0.00

### BALANCES

| | |
|---|---|
| 1st Month | NA |
| 2nd Month | NA |
| 3rd Month | 0.00 |
| 4th Month | 0.00 |
| 5th Month | 0.00 |
| 6th Month | 0.00 |
| Total | $0.00 |

| | |
|---|---|
| | 0.00 |
| | 4 |
| Average | $0.00 |

### DEPOSITS

| | |
|---|---|
| 1st Month | NA |
| 2nd Month | NA |
| 3rd Month | 37.79 |
| 4th Month | 0.00 |
| 5th Month | 0.00 |
| 6th Month | 0.00 |
| Total | $37.79 |

| | |
|---|---|
| | 37.79 |
| | 4 |
| Average | $9.45 |

### SP/RETN

| | | |
|---|---|---|
| 1st Month | Spend | NA |
| | Retention | 0.00 |
| | Sub-total | 0.00 |
| 2nd Month | Spend | NA |
| | Retention | 0.00 |
| | Sub-total | 0.00 |
| 3rd Month | Spend | 0.00 |
| | Retention | 0.00 |
| | Sub-total | 0.00 |
| 4th Month | Spend | 0.00 |
| | Retention | 0.00 |
| | Sub-total | 0.00 |
| 5th Month | Spend | 0.00 |
| | Retention | 0.00 |
| | Sub-total | 0.00 |
| 6th Month | Spend | 0.00 |
| | Retention | 0.00 |
| | Sub-total | 0.00 |
| Total | | $0.00 |

| | |
|---|---|
| | 0.00 |
| | 4 |
| Average | $0.00 |